No. 10-5267. Victor Cruz Gonzalez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 912, 131 S. Ct. 268, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 7086, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-5268. Solomon Ben-Tov Cohen, Petitioner v. Steve Hodges, Inspector, United States Postal Service, et al.

562 U.S. 912, 131 S. Ct. 268, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 7392.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 369 Fed. Appx. 953.

No. 10-5269. Lamont Coker, Petitioner v. United States.

562 U.S. 912, 131 S. Ct. 268, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 6872.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-5271. Mario Escamilla, Petitioner v. Nebraska.

562 U.S. 912, 131 S. Ct. 269, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 7000.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

No. 10-5272. Mario Cavin, Petitioner v. Hugh Wolfenbarger, Warden.

562 U.S. 912, 131 S. Ct. 269, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 6938.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5273. Sean A. Clark, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

562 U.S. 912, 131 S. Ct. 269, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 6829, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-5274. Edward Coleman, aka John Long, Petitioner v. United States.

562 U.S. 912, 131 S. Ct. 269, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 7427.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 371 Fed. Appx. 288.

No. 10-5275. John R. G., Petitioner v. Catholic Charities of Southern Nevada.

562 U.S. 912, 131 S. Ct. 269, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 6841, 

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 125 Nev. 1048, 281 P.3d 1186.